IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAQUEL BREDEMEIER,<br><br>                            Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>                            Respondent. | **8:25CV610**<br><br>**MEMORANDUM AND ORDER** |

      This closed habeas case is before the Court on a letter submitted by Ana Regalado, the mother of Petitioner Raquel Bredemeier. Filing No. 12. The letter is dated December 31, 2025, and does not include a return address for Ms. Regalado. In the letter, Ms. Regalado asks the Court to extend her daughter's 30-day appeal period by 30 to 40 days. Ms. Regalado is not a party to this case and she cannot file requests for relief on behalf of her daughter.

      The operative judgment (filing 11) was entered on December 1, 2025. The time to appeal expired on December 31, 2025. Fed. R. App. P. 4(a)(1)(A). The Court *might* extend that time pursuant to Rule 4(a)(5), if Bredemeier files a motion to extend and explains why her appeal wasn't filed on time. But she must do so promptly, and she must do so herself. Accordingly,

      IT IS ORDERED that: Any relief requested by Ana Regalado on behalf of Petitioner in her letter, Filing No. 12, is denied.

      Dated this 6th day of January, 2026.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge